

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00472-CV

| | | |
|---|---|---|
| DAVID LEE STROIK, Appellant | § | On Appeal from the 481st District Court |
| | § | of Denton County (20-1192-431) |
| V. | § | May 15, 2025 |
| NATALIE STROIK, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth